**S&O**
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendants,
Lippincott Van Lines,
Southern Nevada Movers, Inc,
Robert W. Lippincott, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE AND BRIAN BERRY, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>LIPPINCOTT VAN LINES, a Connecticut business; SOUTHERN NEVADA MOVERS, INC., a Nevada corporation; ROBERT W. LIPPINCOTT, INC., a Connecticut corporation; DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-cv-01450-JAD-VCF |

### STIPULATION AND ORDER TO WITHDRAW DEFENDANTS MOTION TO DISMISS COMPLAINT, UNDER RULE 12(b)(6) OF FEDERAL RULES OF CIVIL PROCEDURE [ECF 3]

### ECF Nos. 3, 8

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, that the Defendants Motion to Dismiss Complaint, Under

STIPULATION AND ORDER

3377320v1

Rule 12(b)(6) of Federal Rules of Civil Procedure [ECF 3] shall be withdrawn.

This Stipulation is made in good faith and not intended for purposes of delay.

DATED this 11th day of September 2019

DATED this 11th day of September 2019

LEWIS ROCA ROTHGERBER CHRISTIE LLP

BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ Erik J. Foley

/s/ Michael C. Mills

ERIK J. FOLEY, ESQ.
Nevada Bar No. 14195
3993 Howard Hughes Parkway, #600
Las Vegas, Nevada, 89169
Phone: 702-949-8200
Fax: 702-949-8398
Attorneys for Plaintiffs,
Michele and Brian Berry

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendants,
Lippincott Van Lines,
Southern Nevada Movers, Inc,
Robert W. Lippincott, Inc.

## ORDER

IT IS SO ORDERED.

DATED 9-11-19

_____
U.S. DISTRICT COURT JUDGE