**S&O**
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendants,
Lippincott Van Lines,
Southern Nevada Movers, Inc,
Robert W. Lippincott, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE AND BRIAN BERRY, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>LIPPINCOTT VAN LINES, a Connecticut business; SOUTHERN NEVADA MOVERS, INC., a Nevada corporation; ROBERT W. LIPPINCOTT, INC., a Connecticut corporation; DOES 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01450-JAD-VCF<br><br><br><br><br><br><br><br><br><br>ECF No. 9 |

## STIPULATION AND ORDER TO REMAND CASE BACK TO STATE COURT

IT IS HEREBY STIPULATED by and between the parties, by and through their

respective counsel of record, that with the filing of Amended Complaint including the withdrawal of all of claims for damage in interstate transit to Plaintiff's household goods that federal jurisdiction no longer exists and that that this matter should be remanded back to State Court to proceed to litigate claims stated in Plaintiff's First Amended Complaint. [ECF 6].

    This Stipulation is made in good faith and not intended for purposes of delay.

DATED this 11th day of September 2019     DATED this 11th day of September 2019

LEWIS ROCA ROTHGERBER CHRISTIE LLP     BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ Erik J. Foley     /s/ Michael C. Mills

---

ERIK J. FOLEY, ESQ.  
Nevada Bar No. 14195  
3993 Howard Hughes Parkway, #600  
Las Vegas, Nevada, 89169  
Phone: 702-949-8200  
Fax: 702-949-8398  
Attorneys for Plaintiffs,  
Michele and Brian Berry

MICHAEL C. MILLS, ESQ.  
Nevada Bar No. 003534  
3650 N. Rancho Dr., Ste. 114  
Las Vegas, NV 89130  
Phone: 702-240-6060  
Fax: 702-240-4267  
Attorneys for Defendants,  
Lippincott Van Lines,  
Southern Nevada Movers, Inc,  
Robert W. Lippincott, Inc.

### ORDER

Based on the parties' stipulation [ECF No. 9], and it appearing that this court lacks jurisdiction, IT IS HEREBY ORDERED that **this case is REMANDED back to the Eighth Judicial District Court, case no. A-19-796188-C, Dept. 10.** The Clerk of Court is directed to CLOSE THIS CASE.

_____  
U.S. DISTRICT COURT JUDGE  
9-11-19